UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-8068 -CR-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BARBARA HAREWOOD,

    Defendant.

_____/

## JUDGMENT & COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court at sentencing for violations of supervised release on April 23, 2008.  The Court finds the defendant has violated the terms of his supervised release as set forth in the petition for violation and the defendant admits same.

**IT IS HEREBY ORDERED and ADJUDGED** that the defendant's term of supervised release imposed by the Court is **revoked** and the defendant is committed to the custody of the U.S. Bureau of Prisons for a term of **Time Served. Supervised Release is Terminated..**

**DONE and ORDERED** in West Palm Beach, this 23 day of April , 2008.

**KENNETH L. RYSKAMP**
UNITED STATES DISTRICT JUDGE

cc:    Lothrop Morris, AUSA
       Samuel Smargon, AFPD
       U.S. Probation
       U.S. Marshal